| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| 2 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239 |
| 3 | 1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| 4 | Telephone:  (702) 792-7000<br>Facsimile:  (702) 796-7181 |
| 5 | Email: rmccoy@kcnvlaw.com<br>Email: sgraves@kcnvlaw.com |

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JELMER HOEKSTRA,<br><br>              Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; CAPITAL ONE SERVICES, LLC; and AMERICAN EXPRESS NATIONAL BANK,<br><br>              Defendants. | Case No. 2:21-cv-02082-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Jelmer Hoekstra and defendant American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from December 27, 2021 until January 24, 2022.  This is the first extension sought in connection with this deadline.

This extension is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint and to discuss the prospects for early resolution with Mr. Hoekstra.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 South Eastern Avenue | 1980 Festival Plaza Drive |
| Suite 350 | Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | |
| KIND LAW | Attorneys for Defendant American Express National Bank |
| Michael Kind, No. 13903 | |
| 8860 South Maryland Parkway | |
| Suite 106 | |
| Las Vegas, Nevada 89123 | |

Attorneys for Plaintiff Jelmer Hoekstra

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-20-2021 _____