Jeff Silvestri, Esq.(NSBN 5779)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Services, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF NEVADA**

| | |
|---|---|
| JELMER HOEKSTRA,<br><br>           Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.; CAPITAL ONE SERVICES, LLC; and AMERICAN EXPRESS NATIONAL BANK,<br><br>           Defendants. | Case No. 2:21-CV-02082-GMN-VCF<br>*Assigned to The Hon. Gloria M. Navarro, Referred to the Hon. Magistrate Judge Cam Ferenbach*<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT CAPITAL ONE BANK (USA), N.A.'S TIME TO RESPOND TO PLAINTIFF JELMER HOEKSTRA'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: November 20, 2021<br>TRIAL DATE:    NONE SET |

      Pursuant to Local Rules 6-1 and 6-2, defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Capital One Services, LLC," and plaintiff Jelmer Hoesktra ("Plaintiff"), by and through their counsel of record, hereby submit this Stipulation To Extend Capital One's Time to Respond to Plaintiff's Complaint, as follows:

      **WHEREAS:**

      1.     Plaintiff filed the Complaint in this matter in this Court on November 20, 2021;

      2.     Capital One was served with the Complaint on November 30, 2021, which provides for a current responsive pleading deadline of December 21, 2021;

      3.     On December 20, 2021, counsel for Capital One conferred with counsel for Plaintiff regarding Capital One's initial findings and request for information, which may have an impact on whether an early resolution is available before incurring further litigation costs;

4. During this conference, the parties agreed to a three-week extension for Capital One to file its response to the Complaint, such that the responsive pleading deadline would be January 11, 2022;

5. This is the first extension sought in connection with this deadline;

6. This extension is requested due to the upcoming holidays, as well as to allow the parties time to continue investigating Plaintiff's claims and exploring the potential for an early resolution; and

7. Neither Plaintiff nor any other party to this action will be prejudiced by the Court granting Capital One the requested relief. Also, the requested extension is not for the purposes of unnecessary delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before January 11, 2022.

DATED this 20th day of December, 2021

McDONALD CARANO LLP

By: /s/ Jeff Silvestri
Jeff Silvestri, Esq. (NSBN 5779)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant*
*Capital One Bank (USA), N.A.*

DATED this 20th day of December, 2021

FREEDOM LAW FIRM

By: /s/ Gerardo Avalos
George Haines Esq. (NSBN 9411)
Gerardo Avalos Esq. (NSBN 15171)
8985 South Eastern Avenue, Suite 350
Las Vegas, Nevada 89123

KIND LAW
Michael Kind, No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*
*Jelmer Hoekstra*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-21-2021