| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| 2 | Robert McCoy, No. 9121 |
|   | Sihomara L. Graves, No. 13239 |
| 3 | 1980 Festival Plaza Drive, Suite 650 |
|   | Las Vegas, Nevada 89135 |
| 4 | Telephone: (702) 792-7000 |
|   | Facsimile: (702) 796-7181 |
| 5 | Email: rmccoy@kcnvlaw.com |
|   | Email: sgraves@kcnvlaw.com |

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JELMER HOEKSTRA, | Case No. 2:21-cv-02082-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| CREDIT ONE BANK, N.A.; CAPITAL ONE SERVICES, LLC; and AMERICAN EXPRESS NATIONAL BANK, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Jelmer Hoekstra and defendant American Express National Bank ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from January 24, 2022 until February 21, 2022. This is the second extension sought in connection with this deadline.

This extension is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint and to discuss the prospects for early resolution with Mr. Hoekstra.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos<br>George Haines, No. 9411<br>Gerardo Avalos, No. 15171<br>8985 South Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135 |
| KIND LAW<br>Michael Kind, No. 13903<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123 | Attorneys for Defendant American Express National Bank |
| Attorneys for Plaintiff Jelmer Hoekstra | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-14-2022