George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jelmer Hoekstra*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jelmer Hoekstra,<br><br>Plaintiff(s,)<br>v.<br><br>Credit One Bank, N. A.; Capital One Services, LLC; and American Express National Bank,<br><br>Defendant(s.) | Case No.: 2:21-cv-02082-GMN-VCF<br><br>**Stipulation of dismissal of Capital One Bank (USA), N.A., named in the Complaint as "Capital One Services, LLC," with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jelmer Hoekstra (Plaintiff) and Capital One Bank (USA), N.A., named in the Complaint as "Capital One Services, LLC" (Defendant), stipulate to dismiss Plaintiff's claims against Defendant with prejudice.

///

///

STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 19, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jelmer Hoekstra*

**MCDONALD CARANO LLP**

/s/ Jeff Silvestri
Jeff Silvestri, Esq.
Julia L. Armendariz, Esq.
2300 West Sahara Avenue, Suite 1200 Las Vegas, Nevada 89102
*Counsel for Capital One Services, LLC*

**IT IS SO ORDERED**.

Dated this  19  day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION — - 2 -