Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jelmer Hoekstra*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jelmer Hoekstra,<br>　　　　　Plaintiff,<br>　v.<br><br>Credit One Bank, N. A et al.<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02082-GMN-VCF<br><br>**Stipulation for dismissal of American Express National Bank with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jelmer Hoekstra and American Express National Bank stipulate to dismiss Plaintiff's

STIPULATION　　　　　　　- 1 -

claims against American Express National Bank with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 30, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jelmer Hoekstra*

**KAEMPFER CROWELL**

/s/ Sihomara L. Graves
Sihomara L. Graves, Esq.
Robert R. McCoy, Esq.
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Counsel for American Express National Bank*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 30, 2023